days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BLANCHE OF HAPSBURG-LORRAINE, Appellant, v. FAL DE SAINT PHALLE and Others, Respondents, Impleaded with Others.— Order so far as appealed from modified by reducing the amount allowed for all expenses, disbursements and counsel fee to the sum of $250, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS D. KASNOWITZ, Appellant, v. PAULINE EDSON, Defendant; SEYMOUR MORK, Referee, Respondent.— Order reversed, without costs, and the motion denied. (See Carter v. Builders' Construction Co., 130 App. Div. 609.) Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ACME TEXTILES, INC., v. LIBERTY LACE AND NETTING WORKS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILDRED G. MORRIS v. MYRON I. MORRIS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PATRICK BRADY v. 1767 BROADWAY COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY A. HOPKINS v. WALTER BUCHANAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be served and filed on or before January 15, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ADA WALMSLEY v. MELVIN FISHMAN and LOUIS FISHMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MONROE REALTY & MORTGAGE CO., INC., v. INDUSTRIAL REDISCOUNT CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISIDOR ZUCKER and Others v. 200 MARCY PLACE CORPORATION, Impleaded, etc.—Appeal discontinued, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISIDOR ZUCKER and Others v. 200 MARCY PLACE CORPORATION and Another, Impleaded, etc.—Appeal discontinued, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM J. McROBERTS and Others v. NATIONAL DRY DOCK AND REPAIR Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before December 26, 1931, with notice of argument for January 12, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO CIOTI v. S. MINSKOFF PLUMBING COMPANY, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be served and filed on or before December 29, 1931, with notice of argument for January 15, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULES G. HORINE and Another v. AARON M. SLOSS and Others.— Motion to